UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

D-2 BRIAN W. BENDEROFF,

                Defendant.

Case No. 20-cr-20380

Hon. Nancy G. Edmunds

## DEFENDANT'S *REPLY* TO THE GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS (ECF No. 138)

## I.    INTRODUCTION

On July 19, 2022, government counsel presented material lies to this Court in its filed response to Brian Benderoff's suppression motion, either knowingly or with a reckless disregard for the truth.  The principal lie is their assertion that Mr. Benderoff was free to leave during the entire eleven hours he was with federal agents from the time was met at his airport gate at 12:30 p.m., until the time he was released from the HSI building at 11:30 p.m.

The government served the Court this false narrative through what can only be described as perjurious declarations by Task Force Officer Erik Johansen and Homeland Security Investigations (HSI) agent Michael Williams.  Their false declarations assert that, not only did Mr. Benderoff choose to spend  eleven hours with federal agents in a locked-down facility that day (free to leave at any moment he wished), he did so "in good spirits" and with no signs of distress.  These claims are not true, and the two officers who signed the declarations under the penalty of perjury know this.

On July 20, 2022, one day after the government filed its false and misleading response backed by the perjurious officer declarations, undersigned counsel fortuitously found and interviewed now retired HSI Special Agent Brian Helmerson, the agent who conducted the majority of the interrogations of Mr. Benderoff the day of his detention.  Agent Helmerson would later become the case agent, but then retire

before charges were brought against Mr. Benderoff.  Disturbingly, Agent Helmerson is someone whom the government refused to help undersigned counsel locate to bring to the upcoming evidentiary hearing.[1]

During the interview on July 20, Agent Helmerson unequivocally shot down the government's narrative as lies and falsehoods, and corroborated Brian Benderoff's version of the events that he was never free to leave the agents' custody during his eleven-hour ordeal.  Moreover, rather than being jovial and happy, Mr. Benderoff demonstrated such anxiety and stress during his time in Agent Helmerson's custody that it seemed "his skin was on fire." (**Ex. A**, Karmo Dec. ¶ 9).

After Agent Helmerson's blockbuster statements on July 20, 2022, undersigned counsel reached out to counsel for co-defendant Dr. Gonte to see if his client would be willing to discuss the detention, as Dr. Gonte was detained and put in a cell just like Mr. Benderoff.  Dr. Gonte agreed, and provided a declaration corroborating that both he and Mr. Benderoff were detained and not free to leave from their first encounter with agents at the airport gate at 12:30 p.m. until they were released from the HSI building at 11:30 p.m.  Moreover, Dr. Gonte states that he was placed in a prisoner cell, as was Mr. Benderoff, whom Dr. Gonte remembers screaming in anguish.  (**Ex. M,** Dr. William Gonte Declaration, ¶¶ 1-10).

---

[1] Undersigned counsel emailed the government on April 15, 2022, requesting help in locating former agent Helmerson for the evidentiary hearing.  The government refused, stating, "Mr. Helmerson is no longer in government service…Accordingly, we suggest that you secure his presence at the hearing if you wish to have him testify."  (**Ex. B**).  Mr. Benderoff will need the Court's assistance in securing Agent Helmerson for the hearing.

Not only should Mr. Benderoff's suppression motion be granted, but the two officers (TFO Johansen and SA Williams) who made these perjurious declarations should be investigated administratively and criminally for making false statements under oath that they knew would be submitted to this Court.

## II.    ARGUMENT

### A. <u>Brian Benderoff Was Detained and Not Free to Leave Until He Provided Incriminating Statements</u>

The big lie perpetrated by Messrs. Johansen and Williams in their declarations is that Mr. Benderoff spent the entire day and evening at the HSI offices because he chose to do so (since he was free to leave at any moment) and that he was not placed in any locked cell because they did not see him in any cell.  The two also claim they never saw Mr. Benderoff "in any sort of distress."  (Johansen Dec. ¶ 23; Williams Dec. ¶ 19).

The federal agent with the most contact with Mr. Benderoff that day gives a vastly different account, but one that coincides with both Mr. Benderoff's and Dr. Gonte's versions of the events.   In a telephone interview on July 20, 2022, Agent Helmerson said that he could state with **"100%"** certainty that he first encountered Mr. Benderoff when he was **in a locked cell in the HSI building in the "back lockup."**  (**Ex. A**,¶ 6).  The back lockup area Agent Helmerson is referring to is a small, secured and locked room marked "Prisoner Processing" that contains three

individual jail cells, two metal desks and a "hard interview room" with metal chairs and metal table that is marked "Interview Room B." (**Exs. N, O, P**).

Agent Helmerson described Mr. Benderoff's demeanor during his detention in the freezing cold cell as "struggling with anxiety," "extremely uncomfortable," "antsy as can be" and "**so uncomfortable [Agent Helmerson] could probably guarantee his skin was on fire.**" (**Ex. A**, ¶¶ 7, 9). Agent Helmerson said he knew that Mr. Benderoff was "freaking out," and may have seen his anti-anxiety medication. (**Ex. A**, ¶¶ 9-10). Agent Helmerson said that Mr. Benderoff was so distraught that he felt the need to move him from the "freezing f***ing cold" cell to an interview room outside of the lockup area that had a window, in hopes that Mr. Benderoff would calm down. (**Ex. A**, ¶¶ 7,12; **Ex. Q,** photo of interview room A with window).

When asked if Mr. Benderoff was free to go during the time he was in the HSI building on June 23, 2016, Agent Helmerson stated categorically he was *not*. Agent Helmerson stated that **<u>any reasonable person in Mr. Benderoff's situation would have believed that they were not free to go.</u>** (**Ex. A**, ¶ 15). Agent Helmerson noted that Mr. Benderoff was being held "in a jail room" in a "semi-hidden [government] facility." He added that, no matter what part of the HSI facility Mr. Benderoff was kept, the doors were locked and required a key card to exit. He stated that Mr. Benderoff, "was not about to be able to run away." (**Ex. A**, ¶ 13).

Agent Helmerson was read a portion of his report about the detention where he wrote that Mr. Benderoff had asked several times if he would be allowed to leave if he provided truthful information. (**Ex. A**, ¶ 14). Agent Helmerson said he knew Mr. Benderoff wanted to leave because he had **asked several times to leave**. (**Ex. A**, ¶ 16). He explained that he made a deal with Mr. Benderoff that he would let Mr. Benderoff leave HSI custody if Mr. Benderoff provided certain information. (**Ex. A**, ¶ 17). Agent Helmerson said that he kept his end of the bargain, in that once Mr. Benderoff confessed to the fraud scheme involving Owner A (at around 11 p.m.), he let Mr. Benderoff go home (at 11:30 p.m.). Agent Helmerson said, "once he provided his end of the agreement, we provided ours." *Id.* Significantly, Agent Helmerson's version of the events on this topic was memorialized in real time in his report in 2016. (*See* Motion to Suppress, ECF No. 107, PageID.1617). Given Agent Helmerson's 2016 report, government counsel has no plausible excuse for pushing the false narrative that Mr. Benderoff was voluntarily at the HSI building.

Brian Benderoff has maintained all along that he and Dr. Gonte were detained as soon as they were intercepted by agents at their gate and held until agents walked them out of the facility at 11:30 p.m. Dr. Gonte confirms this account in his sworn declaration. (**Ex. M**). Significantly, Dr. Gonte dismisses as patently false the claim in TFO Johansen's declaration that Johansen "remember[s] Benderoff and Dr. Gonte privately conferred with each other before both indicated that they were willing to

5

travel to the HSI offices." (ECF No. 138, PageID.2509; **Ex. M, ¶** 5). This is false and did not happen. Indeed, Dr. Gonte states under oath that he was never permitted to speak with Mr. Benderoff at the baggage claim area, and the two were separated and not allowed to speak to one another from the moment they were met at the gate until the time they were released from custody. (**Ex. M**, ¶ 7).

Not only do both detainees (Benderoff and Gonte) state under oath that they were detained and did not voluntarily spend 11 hours with federal agents on June 23, 2016, but so does the primary agent tasked with interrogating Mr. Benderoff (Agent Helmerson). But there is also powerful circumstantial evidence corroborating the fact of Mr. Benderoff's detention, including:

- Texts from Mr. Benderoff to Tom Cranmer after 5:39 p.m. stating "**I'm being detained [b]y airport homeland security.**" Mr. Cranmer's reply text, "**Hopefully you will be released soon.**" Mr. Benderoff's response text, "**Please help me [if] I don't get out.**" (ECF No. 107, PageID.1613-14).
- Amy Mosher's declaration stating she was called by Agent Helmerson around 5:30 p.m. and was told, "we have your husband," and he was "stopped with a lot of money." (**Ex. N** to Motion to Suppress ¶ 6).
- Metro Cars driver Michael Jaworski's declaration stating that he was told by agents to leave the airport because Mr. Benderoff "was not going anywhere." (**Ex. G** to Motion to Suppress ¶ 6 ).
- Numerous missed calls to Mr. Benderoff's cellphone during the detention, including 5 missed calls from his wife, 3 missed calls from Lori Selonke, 8 missed calls from his mother, and over 50 missed calls from Rob Gross. (**Ex. E).**
- Unanswered texts showing Lori Selonke and Amy Mosher could not get a hold of Mr. Benderoff during his detention. (**Exs., F, G**).
- Email from the day of the detention by Nevada Gaming Control Board Agent James Sibbet stating, "**We got word that Brian**

6

**Benderoff…[has] been detained at the Detroit airport**." (ECF 107, PageID.1603).

- Interview report of HSI agent Daniel Bernthal where attorney Rob Gross stated he was called by Sheldon Gonte in June 2016, during which time Sheldon told Gross about "what he described as **the detention of GONTE and BENDEROFF at the HSI office** in Romulus, MI." (**Ex. D**).

- Text from friend Jack Wolfe to Brian Benderoff on June 28, 2016 stating his understanding that Dr. Gonte was detained by Homeland Security agents and Brian Benderoff was arrested by them. (**Ex. H**).

- The fact (confirmed by his psychiatrist Dr. Soverinsky) that Brian Benderoff would never voluntarily agree to be enclosed in a locked area for any length of time (let alone over nine hours) due to his extreme anxiety disorder and claustrophobia.

TFO Johansen's perjurious declaration states that he "remembers" that Mr. Benderoff conferred with Dr. Gonte "privately" in the baggage claim area "before both indicated that they were willing to travel to the HSI offices." (Johansen Dec. ¶ 18). This newly "remembered" conference between Benderoff and Gonte was created from whole cloth by TFO Johansen for the benefit of the government's position and *never* documented in any of his reports. And the phantom "conference" is flatly denied by both Mr. Benderoff and Dr. Gonte. Most importantly, it is absolutely inconsistent with Agent Helmerson's understanding that Mr. Benderoff was not free to leave and did not come to the HSI offices voluntarily.

Though the government claims in its response that Mr. Benderoff is making "new" allegations that he was held in a cell against his will, their claim is false. There is documentary proof of Mr. Benderoff's allegation of being held in a cell in a report of an interview of Dr. Gerald Shiener by Agent Helmerson on **September**

7

**20, 2016.**  The government was put on notice *in 2016* that Mr. Benderoff told Dr. Shiener he was "**stopped by DHS when he arrived in Detroit**, Michigan and **freaked out while in lockup**." (**Ex. C**).  Very recently, on July 15, 2022, Dr. Shiener was deposed in a civil matter and stated under oath that Mr. Benderoff told him in June of 2016 that he was "taken out of line by Homeland security," and "**placed in a cell**."  According to Dr. Shiener, Mr. Benderoff told him that he was "**screaming in a 30-minute period**" while locked in the cell.  (**Ex. L**).

Government counsel was reminded of Mr. Benderoff's claims a year and a half ago, when Mr. Benderoff's prior counsel Patrick Hurford emailed Messrs. Yahkind and Chasteen on April 21, 2021 *(before Benderoff and Hurford were permitted to see and take pictures of the area)*, stating, "**What I understand is that Benderoff was locked in a small cell that opened into a larger interrogation room.**" (**Ex. K**).  This email also corroborates Mr. Benderoff's version of the events, as he was able to accurately describe the area without the benefit of having seen it other than during his illegal detention.

**B. <u>There Was No Reasonable Suspicion or Probable Cause</u>**

The government concedes that there was no reasonable suspicion to initially detain Mr. Benderoff at the gate.  However, the government makes a weak attempt at claiming probable cause was developed from the interviews of others in the late evening hours of June 23, 2016.  It was not.   All of the money was wrapped in

yellow Caesars casino wrappers, along with documentation verifying that the money came from casino winnings.  Those yellow casino wrappers are easily seen in the trophy picture taken by agents with the money and provided (in redacted form that removes the smiling faces of the agents) to the defense.  (**Ex. J).**  The lack of probable cause was addressed in the Motion to Suppress, as there was no evidence that Mr. Benderoff was aware that Rob Gross had lied to his clients about how the clients' money was going to be used, i.e., gambling.  (ECF No. 107, PageID.1639-40).

The government points to an interview of Myron Rubin at 10:15 p.m., shortly before Mr. Benderoff was released.  But Mr. Rubin did not implicate Mr. Benderoff in any fraud, as he gave no indication that Mr. Benderoff had knowledge that Rob Gross had lied to him about what his money would be used for.  In addition, the first time that Rob Gross made any statements that arguably inculpated Brian Benderoff in any misconduct was at 11:55 p.m. that evening, after Mr. Benderoff and Dr. Gonte were released.

Continuing its desperate march to mine for probable cause, the government points to the fact that a narcotics dog alerted to Mr. Benderoff's luggage at the time he consented to a search of his bag at 1:38 p.m.  But any "probable cause" quickly evaporated after the agents opened the luggage and found casino money and receipts but no narcotics.

9

## C.  <u>Misleading Claims about Phone Use</u>

Another untrue factual claim by the government in its response is that Mr. Benderoff was talking to people on his cell phone while he was being detained. Disturbingly, the government *knows this is false*.  Not only is there a plethora of missed calls to Mr. Benderoff's cellphone that day from the very people whom the government claims he spoke with, but there are *text messages* that make clear that his wife Amy Mosher and his friend Lori Selonke never talked to him during his detention.  In fact, they kept texting him throughout the day asking him if he was okay and imploring him to call them.  (*See* **Ex. F:** *eleven unanswered texts* from Lori Selonke beginning right after Mr. Benderoff texted her at 12:28 p.m. stating "just landed" and continuing until 8:11p.m. when she texted, "Where are you ????" and, at 11:56 p.m., "Are you alive????"; *see also* **Ex. G:** *four unanswered texts* from wife Amy Mosher imploring him to call her, including a 6:19 p.m. text stating, "Brian I don't understand what is happening.  I am freaking out.  Please please call me.").

Moreover, what the government claims was a "short call" with his mother, was actually his mother leaving Mr. Benderoff a voicemail  message after he did not answer. That message is preserved in Mr. Benderoff's phone, as the government well knows.[2]

---

[2] The government misleads the Court again by stating that Mr. Benderoff cooperated with the FBI in the past to "help himself." (Gov. Response, ECF No. 138, PageID.2449).  But the government knows that is not true, as he was never paid by the government and was not working for leniency in any pending criminal investigation or charges.
    The government tries to bolster their position by obtaining a new statement from Sheldon Gonte, a witness who came to the HSI building around 8:00 p.m., after Mr. Benderoff had already spent most of the day in custody.

## III.   CONCLUSION

The Court should seriously consider dismissing the indictment based on the culmination of the government's misconduct, including unlawfully detaining Mr. Benderoff for eleven hours, portraying a completely false narrative to a federal district judge (replete with perjurious sworn statements by TFO Johansen and agent Williams), violating Mr. Benderoff's attorney-client privilege by reading and disclosing attorney-client privileged materials rather than using a taint team, monitoring his emails in real time in late 2016 and 2017 without telling him or his attorneys, and making an inordinate number of misrepresentations to this Court in its pleadings and proffered evidence.  In any event, the court should suppress all of Mr. Benderoff's statements from June 23, 2016.

<div style="margin-left:40%">

Respectfully submitted,

/s/ *R. Michael Bullotta*
R. MICHAEL BULLOTTA
Attorney for Brian Benderoff
Bullotta Law PLLC
615 Griswold, Suite 1620
Detroit, MI 48226
(313) 400-5776
michael@bullottalaw.com

</div>

Dated:  August 8, 2022

---

Sheldon Gonte claimed during his recent telephone interview that he saw Mr. Benderoff at the HSI building behaving "like he normally behaves," "laughing and having a jovial good time."  But on the day of Mr. Benderoff's detention, he gave a completely opposite portrait,  describing Mr. Benderoff's normal behavior as "not a nice person" who acts irrational and is "medically crazy." **(Ex. I).**   Agent Helmerson, who conducted the questioning of Mr. Benderoff, completely disagrees with Sheldon Gonte's description of Mr. Benderoff' demeanor as jovial and happy during his detention. **(Ex. A, ¶ 11).**  Moreover, the government fails to inform the Court that its investigation revealed that Sheldon Gonte has sued Mr. Benderoff in the past and, per Agent Helmerson, Sheldon Gonte "hates" Brian Benderoff. *Id.*

11

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 8, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

<u>/s/ *R. Michael Bullotta*</u>
R. MICHAEL BULLOTTA
Attorney for Brian Benderoff
Bullotta Law PLLC
615 Griswold, Suite 1620
Detroit, MI 48226
(313) 400-5776
Dated:  August 8, 2022                    michael@bullottalaw.com

12